IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| XLC SERVICES, LLC, et al.       ) | CASE NO.:  16-1054 |
|       ) | |
|     Plaintiffs,       ) | JUDGE |
|       ) | |
|     v.       ) | |
|       ) | **NOTICE OF REMOVAL** |
| ARCH INSURANCE COMPANY       ) | |
|       ) | |
|     Defendant.       ) | |
|       ) | |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION:**

1.　Arch Insurance Company ("Arch") is a defendant, in a civil action brought against it in the Court of Common Pleas for Hamilton County, Ohio, styled *XLC Services LLC vs. Arch Insurance Company,* Case No.: A1605365, on the docket of said Court.  Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings in that action are attached hereto.

2.　The action was commenced by service of the Complaint on October 6, 2016.

3.　Upon information and belief, Plaintiff XLC Services, LLC is a limited liability company organized and existing under the laws of Ohio, with its principal place of business in Cincinnati, Ohio.

4.　Upon information and belief, Plaintiff Versatex, LLC is a limited liability company organized and existing under the laws of Ohio, with its principal place of business in Cincinnati, Ohio.

5.　Arch Insurance is a corporation organized and existing under the laws of Missouri, with its principal place of business in Jersey City, New Jersey.

713135                                                           1

6.      The within lawsuit is a controversy between citizens of different states and/or citizens of a State and citizens or subjects of a foreign state, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. § 1332, and the provision of original jurisdiction in this United States District Court.

7.      The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

WHEREFORE, Arch hereby removes this action from the Court of Common Pleas for Hamilton County, Ohio to this Court, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

*/s/ Crystal L. Maluchnik*
STEVEN G. JANIK (0021934)
CRYSTAL L. MALUCHNIK (0077875)
JANIK L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147-3521
Phone  (440) 838-7600
Fax      (440) 838-7601
Email: steven.janik@janiklaw.com
          crystal.maluchnik@janiklaw.com

*Attorneys for Defendant Arch Insurance Company*

713135                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2016, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.  In addition, the foregoing was served,

via First Class United States Mail, postage prepaid, upon:

Russell S. Sayre
Alex E. Wallin
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957

*Attorney for Plaintiffs*

*/s/ Crystal L. Maluchnik*
*One of the Attorneys for Defendant Arch Insurance Company*

713135                                                        3